# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LISA VARGAS and JOSEPH HAWK,

    Plaintiffs,

v.

VAN ERT ELECTRIC COMPANY, INC.,

    Defendant.

CASE NO. 1:22-CV-1042

HON. HALA Y. JARBOU

| | |
|---|---|
| Eric Stempien (P58703) <br> STEMPIEN LAW, PLLC <br> *Attorneys for Plaintiff* <br> 38701 Seven Mile Road, Suite 130 <br> Livonia, MI 48152 <br> (734) 744-7002 <br> eric@stempien.com | Rebecca L. Strauss (P64796) <br> Breanne N. Gilliam (P85611) <br> MILLER JOHNSON <br> *Attorneys for Defendant* <br> 100 West Michigan Avenue, Suite 200 <br> Kalamazoo, MI 49007 <br> (269) 226-2986 <br> straussr@millerjohnson.com <br> gilliamb@millerjohnson.com |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs, Lisa Vargas and Joseph Hawk, and Defendant, Van Ert Electric Company, Inc., by and through their respective attorneys of record, hereby stipulate and agree that the above matter has been resolved between the Parties and an Order may be entered dismissing the case with prejudice, with no costs being awarded to any Party.

                                     STEMPIEN LAW, PLLC
                                     *Attorneys for Plaintiff*

Dated: September 29, 2023        By: */s/ Eric Stempien (w/ permission)*
                                       Eric Stempien (P58703)
                                       38701 Seven Mile Road, Suite 130
                                       Livonia, MI 48152
                                       (734) 744-7002
                                       eric@stempien.com

2

|  |  |
|---|---|
|  | MILLER JOHNSON<br>*Attorneys for Defendant* |
| Dated: September 29, 2023 | By: /s/ Rebecca L. Strauss<br>Rebecca L. Strauss (P64796)<br>Breanne N. Gilliam (P85611)<br>Radisson Plaza Hotel & Suites<br>100 West Michigan Avenue, Suite 200<br>Kalamazoo, MI  49007<br>(269) 226-2986<br>straussr@millerjohnson.com<br>gilliamb@millerjohnson.com |

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LISA VARGAS and JOSEPH HAWK,

    Plaintiffs,

v.

VAN ERT ELECTRIC COMPANY, INC.,

    Defendant.

CASE NO. 1:22-CV-1042

HON. HALA Y. JARBOU

| | |
|---|---|
| Eric Stempien (P58703)<br>STEMPIEN LAW, PLLC<br>*Attorneys for Plaintiff*<br>38701 Seven Mile Road, Suite 130<br>Livonia, MI  48152<br>(734) 744-7002<br>eric@stempien.com | Rebecca L. Strauss (P64796)<br>Breanne N. Gilliam (P85611)<br>MILLER JOHNSON<br>*Attorneys for Defendant*<br>100 West Michigan Avenue, Suite 200<br>Kalamazoo, MI 49007<br>(269) 226-2986<br>straussr@millerjohnson.com<br>gilliamb@millerjohnson.com |

## ORDER FOR DISMISSAL WITH PREJUDICE

    The Court having read the stipulation of the Parties and being fully advised in the premises,

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with no costs being awarded to any Party. This is the final Order and closes the case.

Dated: October 2, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge